

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2016

No. 04-16-00718-CV

**IN RE** Thomas **THIBEAUX**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice

On November 1, 2016 Relator filed a petition for writ of mandamus. The court is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 21, 2016.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-17823, styled *In the Interest of A.T., E.T. and B.T., Children*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Renée Yanta presiding.